FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 2:35 pm, Feb 05, 2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

5:24CR-001

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO._____ |
| | ) |
| v. | ) |
| | ) |
| ANTONIO CHAVEZ RAMOS, | ) 18 U.S.C. § 4 |
| a/k/a, "Tony Chavez," | ) Misprison of a Felony |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT ONE
*Misprison of a Felony*
18 U.S.C.§ 4

Between in or about March 2019 and continuing through in or about September 2019, the exact dates being unknown, in Coffee and Bacon Counties, within the Southern District of Georgia, and elsewhere, the defendant,

**ANTONIO CHAVEZ RAMOS,**
**a/k/a, "Tony Chavez,"**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, benefiting financially from peonage, slavery, and trafficking in persons in violation of Title 18, United States Code, Section 1593A, did conceal the same by employing H-2A workers who entered the United States to perform agriculture work under Petition WAC1913750688, but did not pay the H-2A workers as required by Petition WAC1913750688, and did not as soon as possible make known the same to some judge of other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

_____
Jill E. Steinberg
United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division
*Lead Counsel

_____
E. Greg Gilluly*
Assistant United States Attorney
Deputy Chief, Criminal Division
*Co-Lead Counsel